PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Maritzana Diaz-Lopez

Cr.: 02-CR-719-01
PACTS #: 32295

Name of Sentencing Judicial Officer: Faith S. Hochberg

Date of Original Sentence: 06/09/04

Original Offense: Promoting Sex Trafficking by Force

Original Sentence: Imprisonment 27 months, TSR 60 months

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/25/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution obligation. |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgement. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,

By: Leslie Vargas
U.S. Probation Officer
Date: 05/05/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5/11/09
Date